IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-24-00128-JD |
| | ) |
| OKLAHOMA CITY HOUSING AUTHORITY, | ) |
| | ) |
| Defendant. | ) |

# ORDER

Before the Court is the Motion to Dismiss filed by Defendant Oklahoma City Housing Authority ("Motion"). [Doc. No. 4]. The Motion seeks to dismiss Plaintiff's claims against Defendant Oklahoma City Housing Authority in Plaintiff's Complaint. [Doc. No. 1].

In response to the Motion and following the parties' conference [*see* Doc. No. 9], Plaintiff timely filed an Amended Complaint under Federal Rule of Civil Procedure 15(a)(1)(B). [*See* Doc. No. 8]. Plaintiff's amendment "supersedes the original [complaint] and renders it of no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991); *see Predator Int'l, Inc. v. Gamo Outdoor USA, Inc.*, 793 F.3d 1177, 1180–81 (10th Cir. 2015); *Mink v. Suthers*, 482 F.3d 1244, 1254 (10th Cir. 2007). Thus, the Motion is now moot.

IT IS THEREFORE ORDERED that the Motion to Dismiss [Doc. No. 4] is DENIED as moot and without prejudice.

IT IS SO ORDERED this 22nd day of March 2024.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE